**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROCCO ROMEO,

Petitioner,

-against-

FEDERAL BUEREAU OF PRISONS, BRONX COMMUNITY REENTRY CENTER (GEO), UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE,

Respondents.

---------------------------------------------------------------X

22 **CIVIL** 5963 (PGG)(VF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 4, 2026, the R&R is adopted in its entirety, and the Petition is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**